United States District Court
Southern District of Texas

**ENTERED**
May 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIAS SERRANO MENJIVAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05856 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

On December 5, 2025, Petitioner Elias Serrano Menjivar ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1. On February 24, 2026, Respondents filed an Advisory notifying the Court that they intend to remove Petitioner to Guatemala "after five days of this advisory." Doc. #14. Petitioner has not filed a response to the Advisory.

The parties are ORDERED to file a status report no later than May 25, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

**MAY 1 9 2026**

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge